[No. 6736–6–II. Division Two. June 5, 1985.]

HARRY R. WELCH, ET AL, *Appellants,* v. THE
LOUISIANA–PACIFIC CORPORATION, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 299946, Floyd V. Hicks, J., entered November
12, 1982. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Worswick, C.J., and Petrich, J.

[No. 6434–4–III. Division Three. June 6, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT D.,
*Appellant.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 84–8–00024–3, Duane E. Taber, J., entered
March 14, 1984. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6117–5–III. Division Three. June 6, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JAIME
MONCIVIAZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 83–8–00681–4, Stephen M. Brown, J. Pro
Tem., entered November 15, 1983. *Affirmed* by unpublished
opinion per Thompson, J., concurred in by McInturff,
A.C.J., and Munson, J.